CHRISTOPHER B. GHIO (259094)
Christopher.ghio@dinsmore.com
VENEETA JASWAL (320108)
veneeta.jaswal@dinsmore.com
655 West Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0468
Fax: (619) 400-0501

RICHIK SARKAR (OH 0069993)
*Admitted pro hac vice*
richik.sarkar@dinsmore.com
1001 Lakeside Avenue, Suite 990
Cleveland, Ohio 44114
Tele: (216) 413-3838
Fax: (216) 413-3839

Special Counsel to Richard A. Marshack, former Chapter 11 Trustee for the Bankruptcy Estate of The Litigation Practice Group P.C. and current liquidating trustee of the LPG Liquidation Trust

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>RICHARD A. MARSHACK,<br><br>Plaintiff,<br><br>v.<br><br>MARICH BEIN, LLC; BANK UNITED, N.A., et al.,<br><br>Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:24-ap-01040-SC<br><br>Chapter 11<br><br>**PLAINTIFF RICHARD MARSHACK, FORMER CHAPTER 11 TRUSTEE AND CURRENT LIQUIDATING TRUSTEE'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**Date:** March 5, 2025<br>**Time:** 11:00 a.m.<br>**Judge:** Hon. Scott C. Clarkson<br>**Dept.:** 411 West Fourth Street<br>Courtroom 5C – Via Zoom[1]<br>Santa Ana, California 92701 |

---

[1] Check Judge Clarkson's tentative calendar prior to hearing for further Zoom instructions.

**TO THE COURT, HONORABLE SCOTT C. CLARKSON, OFFICE OF THE UNITED STATES TRUSTEE, DEFENDANTS, AND ALL INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that on **March 5, 2025 at 11:00 a.m.**, Plaintiff, Richard A. Marshack, former Chapter 11 Trustee for the bankruptcy estate of the Litigation Practice Group P.C and current Liquidating Trustee of the LPG Liquidation Trust ("Plaintiff" or "Trustee"), by and through his undersigned counsel of record, will move the Court, pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2), incorporated into adversary proceedings by Federal Rules of Bankruptcy Procedure, Rule 7015, for an order granting leave to file a First Amended Complaint ("Motion"). A true and correct copy of the First Amended Complaint is attached to the concurrently filed Declaration of Veneeta Jaswal as Exhibit A. This Motion is made on the grounds that Rule 15(a) allows liberal amendments of pleadings, which should be granted freely when justice so requires.

**NOTICE IS FURTHER GIVEN** that this Motion is based upon this Notice, the concurrently filed Memorandum of Points and Authorities, the Declaration of Veneeta Jaswal and supporting exhibits, all records, files, and pleadings in this action, and such other materials of which the Court may take judicial notice, and such other and further evidence as may be presented at the hearing on the Motion.

**NOTICE IS HEREBY GIVEN** that a hearing to consider the Motion will take place before the Honorable Scott C. Clarkson in Courtroom 5C of the United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701, on **March 5, 2025, at 11:00 a.m**.

**NOTICE IS FURTHER GIVEN** that written opposition to the Motion must be filed with the Court no later than **February 19, 2025**.

**NOTICE IS FURTHER GIVEN** that any written reply must be filed with the Court no later than **February 26, 2025**.

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Bankruptcy Rules, Rule 9013-1(f), any response or opposition to the Motion must be in writing and include a complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely

1 and any responding memorandum of points and authorities.

2     **NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, and pursuant

3 to this Court's "Notice Re Video and Telephonic Appearance Procedures," video and audio

4 connection information for each hearing will be provided on Judge Clarkson's publicly posted

5 hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/

6 ?jid=SC. Hearing participants may view and/or listen to hearings before Judge Clarkson using

7 ZoomGov free of charge. Individuals may appear by ZoomGov video and audio using a personal

8 computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as

9 an iPhone). Individuals may participate by ZoomGov audio only using a telephone (standard

10 telephone charges may apply). Neither a Zoom nor a ZoomGov account are necessary to

11 participate, and no pre-registration is required. The audio portion of each hearing will be recorded

12 electronically by the Court and constitute its official record. Members of the general public,

13 however, may only view the hearings from the Courtroom, which will remain open.

14     **NOTICE IS FURTHER GIVEN** that, pursuant to Local Bankruptcy Rules, Rule 9013-

15 1(h), the failure to file and serve a timely response to the Motion may be deemed by the Court to

16 be consent to the granting of the relief requested in the Motion.

17

18 Dated: February 12, 2025                     DINSMORE & SHOHL LLP

19

20                                  By:  /s/ Veneeta Jaswal
                                    Christopher B. Ghio

21                                     Richik Sarkar

22                                     Veneeta Jaswal
                                    Special Counsel to Richard A. Marshack,

23                                     former Chapter 11 Trustee for the
                                    Bankruptcy Estate of The Litigation

24                                     Practice Group P.C. and current liquidating
                                    trustee of the LPG Liquidation Trust

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP, 655 West Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document entitled (*specify*): will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

> **1. PLAINTIFF RICHARD MARSHACK, FORMER CHAPTER 11 TRUSTEE AND CURRENT LIQUIDATING TRUSTEE'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT;**
> **2. PLAINTIFF RICHARD MARSHACK, FORMER CHAPTER 11 TRUSTEE AND CURRENT LIQUIDATING TRUSTEE'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; AND**
> **3. DECLARATION OF VENEETA JASWAL IN SUPPORT OF PLAINTIFF RICHARD MARSHACK, FORMER CHAPTER 11 TRUSTEE AND CURRENT LIQUIDATING TRUSTEE'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT.**

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 12, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:

On February 12, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **JUDGE'S COPY**<br>Honorable Scott C. Clarkson<br>United States Bankruptcy Court. Central District of California<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 5130 / Courtroom 5C<br>Santa Ana, CA 92701-4593 | Vulcan Consulting Group, LLC<br>c/o Tony M. Diab, Agent for Service of Process<br>1278 Glenneyre Street<br>Laguna Beach, California 92651 |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 12, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 12, 2025 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-
lawyers.net,addy@flpllp.com,andrea@flpllp.com

Jeremy Freedman on behalf of Plaintiff Richard A. Marshack
jeremy.freedman@dinsmore.com, bonnie.connolly@dinsmore.com

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Veneeta Jaswal on behalf of Plaintiff Richard A. Marshack
veneeta.jaswal@dinsmore.com, bonnie.connolly@dinsmore.com

David S Kupetz on behalf of Defendant Marich Bein LLC
David.Kupetz@lockelord.com, mylene.ruiz@lockelord.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Howard Steinberg on behalf of Defendant BankUnited, N.A.
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-
6096@ecf.pacerpro.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                          Page 11                          **F 9013-3.1.PROOF.SERVICE**