|   |   |
|---|---|
| 1  CHRISTOPHER B. GHIO (259094)<br>christopher.ghio@dinsmore.com<br>2  VENEETA JASWAL (320108)<br>veneeta.jaswal@dinsmore.com<br>3  DINSMORE & SHOHL LLP<br>4  655 West Broadway, Suite 800<br>San Diego, California 92101<br>5  Tele:   619.400.0500<br>Fax:   619.400.0501<br>6 | **FILED & ENTERED**<br><br>**MAR 13 2025**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte       DEPUTY CLERK |

7  RICHIK SARKAR (OH 0069993)
   *Admitted pro hac vice*
8  richik.sarkar@dinsmore.com
   Cleveland, Ohio 44114
9  Tele: (216) 413-3838
   Fax: (216) 413-3839

**CHANGES MADE BY COURT**

11  Special Counsel to Richard A. Marshack,
    Liquidating Trustee of the LPG Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br> | Bankr. Case No. 8:23-bk-10571-SC<br>Related Adv. Proceeding: 8:23-ap-01046-SC<br>Adv. Proc. No. 8:24-ap-01040-SC<br>Chapter 11 |
| RICHARD A. MARSHACK, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARICH BEIN, LLC, a New York Limited Liability Corporation; BANKUNITED, N.A., a Florida based National Banking Association; GOFI LLC, a California Limited Liability Company; VULCAN CONSULTING GROUP, LLC, a California Limited Liability Company; BCB BANCORP, INC. d/b/a BCB COMMUNITY BANK, a New Jersey Corporation; PACIFIC STAFFING, LLC, a Delaware Limited Liability Corporation; CALLFI, LLC a Delaware Limited Liability Corporation; ACUFI, LLC, a Delaware Limited | **ORDER GRANTING PLAINTIFF RICHARD A. MARSHACK'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Date:       **March 5, 2025**<br>Time:       **11:00 a.m.**<br>Judge:      **Hon. Scott C. Clarkson**<br>Place:      **Courtroom 5C**<br>              **411 West Fourth Street**<br>              **Santa Ana, California 92701** |

1

Liability Corporation;   LISA COHEN, individually; HESHY DEUSTCH, individually; NACHMAN WEISZ, individually; NICHOLAS KOHLSCHREIBER, individually; ISRAEL RECHES, individually; and, DOES 1 through 10, inclusive,

Defendants.

On February 12, 2025, Plaintiff Richard A. Marshack, Liquidating Trustee of the LPG Liquidation Trust ("Plaintiff") of the Bankruptcy Estate of the Litigation Practice Group P.C. ("LPG" or "Debtor") filed a Motion for Leave to File Amended Complaint [Dkt. No. 53], which came on for hearing on March 5, 2025, at 11:00 a.m., the Honorable Scott C. Carlson presiding.

The Court, having considered Plaintiff's Motion for Leave to File Amended Complaint, Defendant Marich Bein, LLC's Opposition, Defendant BankUnited, N.A.'s Opposition, Plaintiff's Reply, the arguments of counsel at the hearing, and good cause appearing therefore, hereby orders as follows:

The Trustee's Motion for Leave to File Amended Complaint is granted based upon the findings of fact and conclusions of law stated in the Court's oral decision on the record. Trustee is to file the amended complaint by no later than seven (7) days after entry of this order.

All existing scheduling order dates are hereby vacated.

**IT IS SO ORDERED.**

###

Date: March 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2