YOSINA M. LISSEBECK (SBN 201654)
yosina.lissebeck@dinsmore.com
CHRISTOPHER B. GHIO (SBN 259094)
christopher.ghio@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Attorneys for Plaintiff Richard A. Marshack, Trustee for the LPG Liquidation Trust

FILED & ENTERED

JUN 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br>Adv. No. 8:24-ap-01040-SC<br><br>(Related Adv. No. 8:23-ap-01046-SC) |
| Richard A. Marshack, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARICH BEIN, LLC, a New York Limited Liability Corporation; BANKUNITED, N.A., a Florida based National Banking Association; GOFI LLC, a California Limited Liability Company; VULCAN CONSULTING GROUP, LLC, a California Limited Liability Company; LISA COHEN, individually and, DOES 1 through 10, inclusive,<br><br>Defendants. | **ORDER GRANTING STIPULATION OF CONDITIONAL DISMISSAL**<br><br>Judge: Honorable Scott C. Clarkson<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, California 92701 |

The Court, having considered the Stipulation of Conditional Parties filed on June 11, 2026, as Docket No. 228, and good cause appearing therefor, hereby ORDERS:

1. That this adversary proceeding is dismissed without prejudice, with each party to bear its own attorneys' fees and cost; and

2. That this Court retains jurisdiction over the Released Parties so that the Stipulated Judgment can be filed in this adversary proceeding and that this Court can enter that Stipulated Judgment.

**IT IS SO ORDERED.**

###

Date: June 12, 2026

Scott C. Clarkson
United States Bankruptcy Judge