United States Bankruptcy Court
Central District of California

Marshack,
Plaintiff
Marich Bein LLC,
Defendant

Adv. Proc. No. 24-01040-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 2
Date Rcvd: Jun 12, 2026 Form ID: pdf031 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | Jun 13 2026 04:28:00 | Richard A. Marshack, 870 Roosevelt, Irvine, CA 92620 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | BCB Bancorp, Inc |
| dft | | BankUnited, N.A. |
| intp | | Courtesy NEF |
| dft | | GoFi LLC |
| dft | | GoFi LLC |
| dft | | Hershey Deustch |
| dft | | Israel Reches |
| dft | | Lisa Cohen |
| dft | | Marich Bein LLC |
| dft | | Nachman Weisz |
| dft | | Nicholas Kohlschreiber |
| dft | | Pacific Staffing, LLC |
| dft | | Prime Logix, LLC |
| dft | | Vulcan Consulting Group, LLC |

TOTAL: 14 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Bina Palnitkar | on behalf of Defendant BankUnited N.A. palnitkarb@gtlaw.com |
| Brandon J. Iskander | on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com |
| Christopher Ghio | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com bonnie.connolly@dinsmore.com |
| David S Kupetz | on behalf of Defendant Marich Bein LLC david.kupetz@troutman.com mylene.ruiz@troutman.com |
| Howard Steinberg | on behalf of Defendant BankUnited N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Jeremy Freedman | on behalf of Plaintiff Richard A. Marshack jeremy.freedman@nelsonmullins.com bonnie.connolly@dinsmore.com |
| Jesse S Finlayson | on behalf of Defendant BCB Bancorp Inc jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com |
| Mary H Haas | on behalf of Defendant Israel Reches maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com |
| Mary H Haas | on behalf of Defendant Nachman Weisz maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com |
| Mary H Haas | on behalf of Defendant Hershey Deustch maryhaas@dwt.com melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Richik Sarkar | on behalf of Plaintiff Richard A. Marshack richik.sarkar@dinsmore.com Noreen.Leciejewski@dinsmore.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Veneeta Jaswal | on behalf of Plaintiff Richard A. Marshack Veneeta.Jaswal@jacksonlewis.com jeanette.garcia@dinsmore.com |
| Veneeta Jaswal | on behalf of Trustee Richard A Marshack (TR) Veneeta.Jaswal@jacksonlewis.com jeanette.garcia@dinsmore.com |
| Yosina M Lissebeck | on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com caron.burke@dinsmore.com;linda.dominguez@dinsmore.com |

TOTAL: 17

YOSINA M. LISSEBECK (SBN 201654)
yosina.lissebeck@dinsmore.com
CHRISTOPHER B. GHIO (SBN 259094)
christopher.ghio@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Attorneys for Plaintiff Richard A. Marshack, Trustee for the LPG Liquidation Trust

FILED & ENTERED

JUN 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br>Adv. No. 8:24-ap-01040-SC<br><br>(Related Adv. No. 8:23-ap-01046-SC) |
| Richard A. Marshack, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARICH BEIN, LLC, a New York Limited Liability Corporation; BANKUNITED, N.A., a Florida based National Banking Association; GOFI LLC, a California Limited Liability Company; VULCAN CONSULTING GROUP, LLC, a California Limited Liability Company; LISA COHEN, individually and, DOES 1 through 10, inclusive,<br><br>Defendants. | **ORDER GRANTING STIPULATION OF CONDITIONAL DISMISSAL**<br><br>Judge: Honorable Scott C. Clarkson<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, California 92701 |

The Court, having considered the Stipulation of Conditional Parties filed on June 11, 2026, as Docket No. 228, and good cause appearing therefor, hereby ORDERS:

1. That this adversary proceeding is dismissed without prejudice, with each party to bear its own attorneys' fees and cost; and

2. That this Court retains jurisdiction over the Released Parties so that the Stipulated Judgment can be filed in this adversary proceeding and that this Court can enter that Stipulated Judgment.

**IT IS SO ORDERED.**

###

Date: June 12, 2026

Scott C. Clarkson
United States Bankruptcy Judge